UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KRISTEN McCALLUM and
CHRISSY JEWELL,

    Plaintiffs,

v.

JAMES RITTER; HOLY CROSS
LUTHERAN CHURCH OF
SPOKANE; and THE
NORTHWEST DISTRICT OF THE
LUTHERAN CHURCH MISSOURI
SYNOD,

    Defendants.

NO. CV-08-169-RHW

**ORDER STRIKING TRIAL DATE; DENYING PENDING MOTION AS MOOT**

On September 30, 2009, the parties filed a Notice of Settlement of All Claims Against All Parties (Ct. Rec. 103). The parties indicated that all claims against all parties in this action have been resolved.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court strikes the January 11, 2010 trial date.

2. Defendant's Motion for Summary Judgment (Ct. Rec. 67) is **DENIED**, as moot.

3. The District Court Executive is directed to **dismiss** this case if an Order Dismissing All Claims against All Parties, or a Certificate of Settlement Without Dismissal is not filed within 45 days from the date of this Order.

///

**ORDER STRIKING TRIAL DATE; DENYING PENDING MOTION AS MOOT ~ 1**

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2 Order and forward copies to counsel.
3      **DATED** this 1st day of October, 2009.

5      *s/Robert H. Whaley*
6      ROBERT H. WHALEY
     United States District Judge

11 Q:\CIVIL\2008\McCallum\settlement.wpd

**ORDER STRIKING TRIAL DATE; DENYING PENDING MOTION AS MOOT** ~ 2