UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KRISTEN McCALLUM and
CHRISSY JEWELL,

    Plaintiffs,

v.

JAMES RITTER; HOLY CROSS LUTHERAN CHURCH OF SPOKANE; and THE NORTHWEST DISTRICT OF THE LUTHERAN CHURCH MISSOURI SYNOD,

    Defendants.

NO. CV-08-169-RHW

**ORDER DISMISSING CASE**

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Ct. Rec. 105). The parties indicate that the above-captioned case be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice (Ct. Rec. 105) is **GRANTED**.

2. The claims asserted by Plaintiff are dismissed with prejudice and without costs.

///
///
///

**ORDER DISMISSING CASE ~ 1**

1 **IT IS SO ORDERED.** The District Court Executive is directed to enter this
2 Order, forward copies to counsel, and **close the file**.
3     **DATED** this 22nd day of December, 2009.
4
5                   *s/Robert H. Whaley*
6                 ROBERT H. WHALEY
                United States District Judge
7
8
9
10
11 Q:\CIVIL\2008\McCallum\dismiss.wpd

**ORDER DISMISSING CASE ~ 2**